# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDS PROPERTY CASUALTY INSURANCE COMPANY,<br>　　Plaintiff,<br><br>　　　　v.<br><br>DIANA RASHMADZHYAN,<br>　　Defendant. | CV 19-6028 DSF (GJSx)<br><br>JUDGMENT |

The Court having declined to exercise jurisdiction under the Declaratory Relief Act,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: February 19, 2020

　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge